Date 4-22-24

Dear Honorable Majistraite Judge Green,

Case No: CIV-23-1011-J

Judge Greene I am writing this letter in concerns of you not ruling on my Motion for extension of time to file my response to the defendants Motion to dismiss.

Judge I needed that extension so I could have gotten those certified mailing reciepts along with the affidavit from Attorney Aimee Majoue with the firm of Steptoe & Johnson so I could prove proof of service.

The fact that I had to just write up an objection and mail it in at the last moment, because I didn't want to ~~Return~~ miss my deadline (I know how you are about deadlines), really has put me at a disadvantage.

I thought for sure you would have given me a extension.

So please in the future your honor please rule on my extensions so I will have the proper time to respond to the States Pleadings in this case.

I don't have a pacer account so I don't know whats going on in real time. Its hard for this Plaintiff to keep up!

Thank You &

FILED
APR 26 2024
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

Respectfully Submitted,
Chad William Reed
Chad William Reed #584428
3-A-2-B
LARC
P.O. Box 260
Lexington, OK 73051