FILED 4-22-24
3:54 pm, May 01, 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: Nassi Al Adhami, Deputy Clerk

Dear Honorable District Judge Jones, Ref Case NO: CIV-23-1011-J

Sir, I am writing this letter seeking help with the Problem I am having in my above mentioned Case.

I am the Plaintiff and I am Incarcerated. Sir I work 60 hrs a week, 5:30 AM till 5:30 P.M. M-F and I don't have time to go to the law library So I rely on my law library app on my tablet which is West law.

Sir they at this facility have turned "off" my West law law library app so I can't properly respond to the Pleadings that the O.D.O.C. lawyers are filing in Court. I am totally blind without that law library app and can not properly respond to the Defendants Motions.

Sir there are 2 (two) options to fix this:

1.) Please have your secatary or you call down here to the facility and have them turn my law library app back on; Or

2.) Assign me Counsel whom don't have to worry about the Dept of Corr. turning off thier law library research.

Sir Please Help & Thank You,

Respectfully Submitted,
Chad William Reed
Chad William Reed #584428
3-A-2-B
LARC
P.O. Box 260
Lexington, OK 73051