UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD WILLIAM REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-1011-J |
| ) | |
| RON LINDSEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff, a state prisoner appearing pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 6]. On August 27, 2024, Judge Green issued a Report and Recommendation recommending that Plaintiff's attempted service on Defendants Ron Lindsey, Taylor Williams, Rasha Parker, and Leo Brown be quashed and that Plaintiff be given an extension of thirty days to effectuate proper service. [Doc. No. 25]. Plaintiff was advised of his right to object to the Report and Recommendation by September 17, 2024. On September 16, 2024, Plaintiff filed his objection [Doc. No. 26], and on September 17, 2024, Plaintiff filed a Motion to Serve Process Service on Defendants' Counsel of Record (Motion to Serve Process) [Doc. No. 27].

In his objection and Motion to Serve Process, Plaintiff asserts that his service on the individual defendants was proper, and to the extent that it was not sufficient, requests leave to serve the individual defendants through the Oklahoma Attorney General's office. Plaintiff, however, has not shown that any of the individual defendants personally received service of process or that any person authorized under Oklahoma law accepted service on their behalf. Accordingly, the Court concludes that Plaintiff's attempted service on Defendants Ron Lindsey,

Taylor Williams, Rasha Parker, and Leo Brown should be quashed and that Plaintiff should be given an extension of time to effectuate proper service. Additionally, Plaintiff has not shown that the Oklahoma Attorney General's office is authorized to accept service on behalf of any of the individual plaintiffs.

Accordingly, the Court DENIES Plaintiff's Motion to Serve Process [Doc. No. 27] and ADOPTS the Report and Recommendation [Doc. No. 25] as follows: Plaintiff's attempted service on Defendants Ron Lindsey, Taylor Williams, Rasha Parker, and Leo Brown is QUASHED, and Plaintiff is given an extension of forty-five (45) days to effectuate proper service on these Defendants. Additionally, the remainder of Defendants' Motion to Dismiss is held in abeyance until Plaintiff has had his extended opportunity to serve the currently unserved defendants.

IT IS SO ORDERED this 20th day of September, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE